**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JEFFREY ALLEN** | § | |
| | § | |
| **PLAINTIFF,** | § | **CIVIL ACTION NO. 4:25-cv-4831** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **CHEVRON U.S.A. INC., and** | § | |
| **DC INTERNATIONAL, LLC** | § | |
| | § | |
| **DEFENDANT.** | § | |

## INDEX OF MATTERS FILED

Pursuant to Local Rule 81, the following is a list of the documents being filed with the

Notice of Removal in this action:

1. Civil Case Information Sheet;

2. All executed process in the case;

3. Certified Copies of State Court Pleadings;

4. State Court Docket Sheet;

5. A List of Counsel of Record, including addresses, telephone numbers, and parties represented; and

6. This index of matters being filed.

The state court has not signed any orders in this case.

## STATE COURT RECORD INDEX

| | | |
|---|---|---|
| 1. | Plaintiff's Original Petition, Request For Disclosures, And Jury Demand | 08/19/2025 |
| 2. | Citation Corporate – Chevron U.S.A., Inc. (incorrect agent) | 08/28/2025 |
| 3. | Plaintiff's First Amended Petition, Request For Disclosures, and Jury Demand | 09/11/2025 |
| 4. | Citation Corporate – Chevron U.S.A., Inc. (returned executed) | 09/25/2025 |

| | | |
|---|---|---|
| 5. | Defendant Chevron U.S.A., Inc.'s Original Answer and Defenses to Plaintiff's First Amended Petition, Request for Disclosures, and Jury Demand | 10/08/2025 |

8/19/2025 10:15 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 104544417
By: Bernitta Barrett
Filed: 8/19/2025 10:15 AM

## Cause No. _____

| | | |
|---|---|---|
| Jeffrey Allen | § | In the District Court |
| | § | |
| v. | § | Of Harris County, Texas |
| | § | |
| Chevron U.S.A., Inc. and | § | |
| DC International, LLC | § | ___ Judicial District |

### Plaintiff's Original Petition, Request for Disclosures, and Jury Demand

Plaintiff Jeffrey Allen files this Original Petition against Defendants Chevron U.S.A., Inc. and DC International, LLC under the Jones Act, General Maritime Law, and Texas common law, and respectfully shows the Court as follows:

**1.      Discovery Level**

1.1     Plaintiff intends to conduct discovery under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

**2.      Parties**

2.1     Plaintiff Jeffrey Allen is a resident of Mississippi and was employed by Defendant DC International, LLC.

2.2     Defendant Chevron U.S.A., Inc. is a corporation doing business in Texas and may be served through its registered agent for service of process: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

2.3     Defendant DC International, LLC is a Louisiana company doing business in Texas and may be served through its registered agent: Registered Agents Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731.

1.

### 3.     Venue and Jurisdiction

3.1     Venue is proper in Harris County, Texas under the Jones Act and General Maritime Law. Defendants conduct business in Harris County, and the events giving rise to this suit occurred in connection with operations in the Gulf of Mexico aboard a rig operated by Chevron.

3.2     This Court has jurisdiction over the subject matter and the parties. Plaintiff's damages exceed the minimum jurisdictional limits of this Court.

### 4.     Background Facts and Legal Claims

4.1     This is a personal injury case brought under the Jones Act and general maritime law.

4.2     On or about May 30, 2024, Plaintiff Jeffrey Allen was employed as a Rig Clerk by Defendant DC International, LLC, working aboard a Chevron offshore rig. Plaintiff's clerical duties had a sharp increase in volume due to the prior clerk failing to complete his duties. These failures required additional lifting and bending beyond the normal scope of work. While engaged in filing tasks in a ground-level cabinet, Plaintiff felt a sharp "pop" in his lower back followed by immediate, severe pain. Despite notifying the onboard safety personnel, he was not provided adequate medical attention for two days.

4.3     Plaintiff's injury resulted from the cumulative strain of excessive filing duties caused by Chevron's and DC International's failure to staff an adequate replacement night clerk during his absence, leaving him responsible for all uncompleted paperwork. These repetitive and excessive motions led directly to Plaintiff's serious spinal injuries.

2.

**5.      Negligence**

5.1      Defendants were negligent in:

- Failing to provide a safe working environment.

- Failing to adequately staff the vessel during Allen's rotation.

- Failing to provide proper ergonomic equipment for required filing work.

- Failing to timely evaluate and treat his injury.

5.2      Plaintiff did not cause or contribute to his injuries. Defendants' acts and omissions directly and proximately caused the occurrence and resulting injuries.

**6.      Maintenance and Cure**

6.1      Plaintiff was a Jones Act seaman at the time of the incident and is entitled to maintenance and cure. Defendants failed to timely provide appropriate medical care and have delayed or refused treatment, aggravating his condition. Plaintiff asserts claims for past and future maintenance and cure.

6.2      Under *Atlantic Sounding Co. v. Townsend*, 557 U.S. 404 (2009), Plaintiff is also entitled to punitive and exemplary damages for the willful and wanton failure to provide timely and appropriate care.

**7.      Damages**

7.1      As a result of Defendants' conduct, Plaintiff has suffered:

- Physical pain and suffering (past and future)

- Mental anguish (past and future)

Certified Document Number: 122162474 - Page 3 of 6

3.

- Loss of earnings and diminished earning capacity

- Physical impairment

- Medical expenses (past and future)

7.2 Defendants are liable for all resulting damages, including reasonable and necessary treatment costs.

## 8. Pennsylvania Rule

8.1 Defendants violated applicable maritime safety standards. Under the Pennsylvania Rule, Defendants bear the burden of proving their violations did not cause or contribute to the injuries.

## 9. Punitive Damages

9.1 If Defendants continue to fail or delay approval of recommended treatment, Plaintiff seeks punitive damages for gross negligence and reckless disregard of his rights under

## 10. Jury Demand and Request for Disclosures

10.1 Plaintiff respectfully demands a trial by jury.

10.2 Pursuant to the Texas Rules of Civil Procedure, Plaintiff requests that Defendants provide disclosures within the time prescribed by the rules.

## 11. Prayer

11.1 Plaintiff Jeffrey Allen requests that Defendants be cited to appear and answer, and that on final trial he recover:

- All actual damages

Certified Document Number: 122162474 - Page 4 of 6

4.

- Maintenance and cure

- Punitive damages as allowed by law

- Costs of court

- Pre- and post-judgment interest

- Attorney fees

- Any and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

VB Attorneys
/s/ *Brian Beckcom*

_____

Brian Beckcom
Brian@vbattoneys.com
State Bar No. 24012268
Brendan Fradkin
Brendan@vbattorneys.com
1221 Augusta, Suite 240
Houston, Texas 77057
713-224-7800 713-224-7801

5.

Certified Document Number: 122162474 - Page 5 of 6

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 104544417
Filing Code Description: Petition
Filing Description: Petition
Status as of 8/19/2025 11:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brendan Fradkin | | brendan@vbattorneys.com | 8/19/2025 10:15:48 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/19/2025 10:15:48 AM | SENT |
| Patti Artavia | | patti@vbattorneys.com | 8/19/2025 10:15:48 AM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 8/19/2025 10:15:48 AM | SENT |

Certified Document Number: 122162474 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this    October 8, 2025

Certified Document Number:        122162474 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

8/28/2025 10:06 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 104957384
By: Destiny Munoz
Filed: 8/28/2025 10:06 AM

**Affidavit Attached**

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202559760

RECEIPT NO: 1064531

EML   TRACKING NO: 74531551

| | |
|---|---|
| Plaintiff:<br>ALLEN, JEFFREY<br>vs.<br>Defendant:<br>CHEVRON U S A INC | In The 011th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   CHEVRON U S A INC (IS A CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN STREET STE 900
DALLAS TX 75201,

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURES AND JURY DEMAND

This instrument was filed on August 19, 2025 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on August 25, 2025, under my hand and seal of said court.

Issued at the request of:

BECKCOM, BRIAN AUGUSTUS
1221 AUGUSTA DRIVE, SUITE 240

HOUSTON, TX  77057
713-224-7800
Bar Number: 24012268



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201  CAROLINE     Houston  Texas
77002
(PO  Box  4651,  Houston,  Texas
77210)

Generated By:BERNITTA BARRETT

**Affidavit Attached**

Certified Document Number: 122332067 - Page 1 of 3

## AFFIDAVIT OF SERVICE

State of Texas                    County of Harris                    011th Judicial District Court

Case Number: 202559760

Plaintiff:
**Jeffrey Allen**

vs.

Defendant:
**Chevron U.S.A., Inc. and DC International, LLC**

For:
Brian Beckcom
VB Attorneys
1221 Augusta
Suite 240
Houston, Tx 77057

Received by Praetorian Protective Services Corp. on the 25th day of August, 2025 at 10:50 am to be served on **Chevron, USA Inc (Is a Corporation) C/O Registered Agent CT Corporation System, 1999 Bryan Street,, Suite 900, Dallas, TX 75201**.

I, Kenneth Frechette, being duly sworn, depose and say that on the **26th day of August, 2025** at **11:16 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Citation and Copy of Plaintiff's Original Petition, Request for Disclosures, and Jury Demand** with the date and hour of service endorsed thereon by me, to: **Zachary Rouse** as **Intake Specialist** at the address of: **1999 Bryan Street,, Suite 900, Dallas, TX 75201** on behalf of **Chevron, USA Inc (Is a Corporation)**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

*Kenneth Frechette*

**Kenneth Frechette**
PSC 13712  Exp. 12/31/26

Subscribed and Sworn to before me on the 26th day of August, 2025 by the affiant who is personally known to me.

*Brooke Frechette*
NOTARY PUBLIC

**Praetorian Protective Services Corp.**
**12645 Memorial Dr, Ste. F-1166**
**Houston, TX 77024**
**(281) 822-2930**

**Brooke Michele Frechette**
My comm. exp. 02/06/2027
Notary ID 131884442

Our Job Serial Number: ADL-2025001597
Ref: 2025001597

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

Certified Document Number: 122332067 - Page 2 of 3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104957384
Filing Code Description: No Fee Documents
Filing Description: No Fee Documents
Status as of 8/28/2025 10:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roberta (Optional)Taherivand | | roberta@vbattorneys.com | 8/28/2025 10:06:57 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 8/28/2025 10:06:57 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 8/28/2025 10:06:57 AM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 8/28/2025 10:06:57 AM | SENT |

Certified Document Number: 122332067 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 8, 2025

Certified Document Number:        122332067 Total Pages:  3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

9/11/2025 10:03 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 105485739
By: Rhonda Momon
Filed: 9/11/2025 10:03 AM

**Cause No 2025-59760**

| | | |
|---|---|---|
| Jeffrey Allen | § | In the District Court |
| | § | |
| v. | § | Of Harris County, Texas |
| | § | |
| Chevron U.S.A., Inc. and | § | |
| DC International, LLC | § | 11th  Judicial District |

**Plaintiff's First Amended Petition, Request for Disclosures, and Jury Demand**

Plaintiff Jeffrey Allen files this First Amended Petition against Defendants Chevron U.S.A., Inc. and DC International, LLC under the Jones Act, General Maritime Law, and Texas common law, and respectfully shows the Court as follows:

**1.    Discovery Level**

1.1    Plaintiff intends to conduct discovery under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

**2.    Parties**

2.1    Plaintiff Jeffrey Allen is a resident of  Mississippi and was employed by Defendant DC International, LLC.

2.2    Defendant Chevron U.S.A., Inc. is a corporation doing business in Texas and may be served through its registered agent for service of process: Prentice Hall Corp System, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218

2.3    Defendant DC International, Inc.  is a Louisiana company doing business in Texas and may be served through its registered agent: Registered Agents Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731.

1.

Certified Document Number: 122570329 - Page 1 of 6

**3.      Venue and Jurisdiction**

3.1      Venue is proper in Harris County, Texas under the Jones Act and General Maritime Law. Defendants conduct business in Harris County, and the events giving rise to this suit occurred in connection with operations in the Gulf of Mexico aboard a rig operated by Chevron.

3.2      This Court has jurisdiction over the subject matter and the parties. Plaintiff's damages exceed the minimum jurisdictional limits of this Court.

**4.      Background Facts and Legal Claims**

4.1      This is a personal injury case brought under the Jones Act and general maritime law.

4.2      On or about May 30, 2024, Plaintiff Jeffrey Allen was employed as a Rig Clerk by Defendant DC International, Inc., working aboard a Chevron offshore rig. Plaintiff's clerical duties had a sharp increase in volume due to the prior clerk failing to complete his duties. These failures required additional lifting and bending beyond the normal scope of work. While engaged in filing tasks in a ground-level cabinet, Plaintiff felt a sharp "pop" in his lower back followed by immediate, severe pain. Despite notifying the onboard safety personnel, he was not provided adequate medical attention for two days.

4.3      Plaintiff's injury resulted from the cumulative strain of excessive filing duties caused by Chevron's and DC International's failure to staff an adequate replacement night clerk during his absence, leaving him responsible for all uncompleted paperwork. These repetitive and excessive motions led directly to Plaintiff's serious spinal injuries.

Certified Document Number: 122570329 - Page 2 of 6

2.

**5.      Negligence**

5.1      Defendants were negligent in:

- Failing to provide a safe working environment.

- Failing to adequately staff the vessel during Allen's rotation.

- Failing to provide proper ergonomic equipment for required filing work.

- Failing to timely evaluate and treat his injury.

5.2      Plaintiff did not cause or contribute to his injuries. Defendants' acts and omissions directly and proximately caused the occurrence and resulting injuries.

**6.      Maintenance and Cure**

6.1      Plaintiff was a Jones Act seaman at the time of the incident and is entitled to maintenance and cure. Defendants failed to timely provide appropriate medical care and have delayed or refused treatment, aggravating his condition. Plaintiff asserts claims for past and future maintenance and cure.

6.2      Under *Atlantic Sounding Co. v. Townsend*, 557 U.S. 404 (2009), Plaintiff is also entitled to punitive and exemplary damages for the willful and wanton failure to provide timely and appropriate care.

**7.      Damages**

7.1      As a result of Defendants' conduct, Plaintiff has suffered:

- Physical pain and suffering (past and future)

- Mental anguish (past and future)

Certified Document Number: 122570329 - Page 3 of 6

3.

- Loss of earnings and diminished earning capacity

- Physical impairment

- Medical expenses (past and future)

7.2    Defendants are liable for all resulting damages, including reasonable and necessary treatment costs.

## 8.    Pennsylvania Rule

8.1    Defendants violated applicable maritime safety standards. Under the Pennsylvania Rule, Defendants bear the burden of proving their violations did not cause or contribute to the injuries.

## 9.    Punitive Damages

9.1    If Defendants continue to fail or delay approval of recommended treatment, Plaintiff seeks punitive damages for gross negligence and reckless disregard of his rights under

## 10.    Jury Demand and Request for Disclosures

10.1    Plaintiff respectfully demands a trial by jury.

10.2    Pursuant to the Texas Rules of Civil Procedure, Plaintiff requests that Defendants provide disclosures within the time prescribed by the rules.

## 11.    Prayer

11.1    Plaintiff Jeffrey Allen requests that Defendants be cited to appear and answer, and that on final trial he recover:

- All actual damages

4.

Certified Document Number: 122570329 - Page 4 of 6

- Maintenance and cure

- Punitive damages as allowed by law

- Costs of court

- Pre- and post-judgment interest

- Attorney fees

- Any and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

VB Attorneys
/s/ *Brian Beckcom*

_____

Brian Beckcom
Brian@vbattoneys.com
State Bar No. 24012268
Brendan Fradkin
Brendan@vbattorneys.com
1221 Augusta, Suite 240
Houston, Texas 77057
713-224-7800 713-224-7801

Certified Document Number: 122570329 - Page 5 of 6

5.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 105485739
Filing Code Description: Amended Filing
Filing Description: Amended Filing
Status as of 9/11/2025 11:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian ABeckcom | | brian@vbattorneys.com | 9/11/2025 10:03:18 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 9/11/2025 10:03:18 AM | SENT |
| Michael  Granado | | michael@vbattorneys.com | 9/11/2025 10:03:18 AM | SENT |
| Roberta (Optional)Taherivand | | roberta@vbattorneys.com | 9/11/2025 10:03:18 AM | SENT |

Certified Document Number: 122570329 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 8, 2025

Certified Document Number:        122570329 Total Pages:  6

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

9/25/2025 7:43 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 106056324
By: Cassie Combs
Filed: 9/25/2025 7:43 AM

**Affidavit Attached**

CAUSE NO. 202559760

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1037155

TRACKING NO: 74547312

| | |
|---|---|
| Plaintiff:<br>ALLEN, JEFFREY<br>vs.<br>Defendant:<br>CHEVRON U S A INC | In The 011th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:   CHEVRON U S A INC (IS A CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT**
**PRENTICE HALL CORP SYSTEM**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFFS FIRST AMENDED PETITION REQUEST FOR DISCLOSURES AND JURY DEMAND

This instrument was filed on September 11, 2025 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on September 23, 2025, under my hand and seal of said court.

Issued at the request of:

BECKCOM, BRIAN AUGUSTUS
1220 AUGUSTA DRIVE, SUITE 240

HOUSTON, TX  77057-
**713-224-7800**
Bar Number: 24012268



*Marilyn Burgess*
Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE    Houston  Texas
77002
(PO Box 4651, Houston, Texas
77210)

Generated By:RHONDA MOMON

**Affidavit Attached**

Certified Document Number: 122812812 - Page 1 of 3

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **11th Judicial District Court**

Case Number: 202559760

Plaintiff:
**JEFFREY ALLEN**

vs.

Defendants:
**CHEVRON U.S.A., INC., et al**

Received these papers on the 23rd day of September, 2025 at 11:25 am to be served on **CHEVRON U.S.A., INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC., 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Jeff Keyton, being duly sworn, depose and say that on the **23rd day of September, 2025** at **2:30 pm**, I:

hand-delivered a true copy of this **Citation Corporate and Plaintiff's First Amended Petition, Request for Disclosures and Jury Demand**, to **CHEVRON U.S.A., INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC.** by and through its authorized agent, **MAK HAYES**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 23rd day of September, 2025 by the affiant who is personally known to me.



NOTARY PUBLIC

HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

**Jeff Keyton**
PSC-735, Exp 7/31/2026

Our Job Serial Number: THP-2025006319
Ref: Chevron USA

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Certified Document Number: 122812812 - Page 2 of 3



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106056324
Filing Code Description: No Fee Documents
Filing Description: No Fee Documents
Status as of 9/25/2025 8:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Roberta (Optional)Taherivand | | roberta@vbattorneys.com | 9/25/2025 7:43:19 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 9/25/2025 7:43:19 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 9/25/2025 7:43:19 AM | SENT |

Certified Document Number: 122812812 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 8, 2025

Certified Document Number:        122812812 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

10/8/2025 11:12 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 106590018
By: Brenda Barrios
Filed: 10/8/2025 11:12 AM

**NO. 2025-59760**

| | | |
|---|---|---|
| **JEFFREY ALLEN** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **CHEVRON U.S.A. INC, and** | § | |
| **DC International, LLC** | § | |
| | § | |
| **Defendants.** | § | **11TH JUDICIAL DISTRICT** |

## DEFENDANT CHEVRON U.S.A. INC.'S ORIGINAL ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant Chevron U.S.A. Inc. ("Chevron") files this Original Answer and Defenses to Plaintiff Jeffrey Allen's ("Plaintiff") First Amended Petition, Request for Disclosures, and Jury Demand ("Petition") and represents as follows:

### I. GENERAL DENIAL

1. Chevron generally denies each and every material allegation of the Petition and demands strict proof thereof as required by the constitution and law of Texas. Tex. R. Civ. P. 92. Chevron reserves the right to amend or supplement this pleading in conformity with the Texas Rules of Civil Procedure.

### II. DEFENSES

2. Subject to, and without waiver of its general denial, Chevron pleads the following additional defenses, some of which may be affirmative defenses, and others that relate to the elements of Plaintiff's cause(s) of action. By pleading these defenses, Chevron does not assume the burden of proof on any defenses for which it would not otherwise have the burden of proof under Texas law.

Certified Document Number: 123047709 - Page 1 of 7

#6768336v4

3.      Plaintiff has failed to state a cause of action against Chevron.

4.      Chevron denies all liability and represents that it is free from fault, negligence, or other culpable conduct that caused the alleged damages and/or injuries complained of in Plaintiff's Petition.

5.      At all times relevant hereto, Chevron complied with all applicable laws, regulations, and standards.

6.      Chevron denies that it or anyone for whose actions it may be responsible in any way caused or contributed to the injuries alleged in Plaintiff's Petition, but to the contrary, that Plaintiff's damages (if any) were caused solely by the fault of Plaintiff, third persons, parties, contractors, or entities over whom Chevron has no control or for whom Chevron is not legally responsible and/or that Plaintiff assumed the risk, all of which are pled in bar or diminution of Plaintiff's claims.

7.      Alternatively, Chevron affirmatively avers that in the event that it is found negligent or otherwise at fault in any way for Plaintiff's injuries, which is expressly denied, then the other acts or omissions of Plaintiff or third persons, parties, contractors, or entities for whom Chevron is not legally responsible were the proximate cause, or in the alternative, the sole intervening or superseding causes of Plaintiff's alleged accident and Plaintiff's alleged damages and should be quantified and legally allocated accordingly.

8.      Chevron asserts that Plaintiff's recovery should be barred or reduced in proportion to the percentages of fault attributable to the Plaintiff and/or other persons or entities to whom a percentage of fault is attributed and for whom Chevron is not responsible.  Chevron reserves the right to establish the liability of other entities or persons, including non-parties and those in bankruptcy.

Certified Document Number: 123047709 - Page 2 of 7

9.     Chevron further avers that Plaintiff was an employee of independent contractors for whom Chevron is not legally responsible and therefore Chevron is immune from liability.

10.     Chevron alternatively avers that Plaintiff was a statutory employee and/or borrowed servant of Chevron, thereby immunizing Chevron from tort liability.

11.     Chevron affirmatively avers that Plaintiff is barred from bringing this action by the applicable state and federal worker's compensation statutes.

12.     Chevron avers that it could not and did not foresee the risks of any damages and/or injuries to Plaintiff as alleged in Petition.

13.     If Plaintiff has heretofore settled or should hereafter settle for any of his respective alleged damages with any party, Chevron is entitled to a credit or set-off for any such settlement.

14.     The Plaintiff's alleged damages were the result of an unavoidable accident or other circumstances beyond Chevron' control.

15.     In the further alternative, Chevron avers that Plaintiff's injuries, if any, were the result of prior accidents or injuries or preexisting conditions for which Chevron is not responsible.

16.     Plaintiff's misconduct, or the misconduct of others, was the sole cause of Plaintiff's injuries.

17.     The injuries allegedly sustained by Plaintiff occurred as a result of pre-existing or other medical conditions, causes, or injuries that are completely unrelated to the subject suit or Chevron, and the existence of these pre-existing or other medical conditions, causes, or injuries bars or reduces recovery sought herein.

18.     All or part of the injuries, damages, and/or losses Plaintiff allegedly sustained are barred because Plaintiff failed to mitigate damages.

-3-

19.     Plaintiff's injuries, losses, and/or damages, if any, were and are the result of an open, obvious, and apparent danger that was known to and recognized by Plaintiff, who knowingly, willingly, intentionally, and voluntarily exposed himself to the danger, thereby assuming the risk of accident, injury, and damage, which conduct either bars or reduces Plaintiff's recovery, if any.

20.     In the event liability is found on the part of Chevron, which is at all times denied, Chevron avers that it would be entitled to a credit and/or offset for the amount of any maintenance and cure benefits, unearned wages, advances on wages, medical expenses, supplemental payments, and advances in disability insurance payments paid to or on behalf of Plaintiff.

21.     Chevron specifically reserves the right to raise all other affirmative defenses that may be revealed as a result of discovery and further reserves the right to adopt the affirmative defenses raised by other parties.

### III.  EXEMPLARY DAMAGES CAP

22.     If exemplary damages are awarded to Plaintiff, Chevron intends to invoke the cap in the Damages Act, Texas Civil Practice & Remedies Code Chapter 41, the Due Process Clause of the United States Constitution, and the Due Course of Law provisions of the Texas Constitution, all of which restrict and limit Plaintiff's claim(s) for exemplary damages.

### IV.     RULE 193.7 NOTICE

23.     Pursuant to Tex. R. Civ. P. § 193.7, Chevron serves notice on Plaintiff and any additional parties that may be joined that Chevron may offer, as authenticated evidence during trial of this lawsuit, all documents and other things produced by opposing parties through written discovery.

Certified Document Number: 123047709 - Page 4 of 7

## V.  **PRAYER**

24.  WHEREFORE, PREMISES CONSIDERED, Defendant Chevron U.S.A. Inc. prays that this Original Answer and Defenses be deemed good and sufficient and asks that, after due proceedings, Plaintiff Jeffrey Allen's First Amended Petition, Request for Disclosures, and Jury Demand against Chevron be dismissed, with prejudice, with judgment rendered against Plaintiff, exonerating Chevron from any liability herein, and with Chevron being awarded its costs of court and all other relief to which it may be entitled, in equity or at law.

Respectfully submitted,

**LISKOW & LEWIS**

*/s/ Michael A. Golemi*
Michael A. Golemi
State Bar No. 24047536
Jonas S. Patzwall
State Bar No. 24122915
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone:  (713) 651-2900
Facsimile:  (713) 651-2908
Email: magolemi@liskow.com
Email: jspatzwall@liskow.com

**ATTORNEYS FOR DEFENDANT
CHEVRON U.S.A. INC.**

Certified Document Number: 123047709 - Page 5 of 7

-5-

-6-

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2025, I served a true and correct copy of

the foregoing instrument on all counsel of record via electronic filing:

Brian Beckvom
Brendan Fradkin
VB ATTORNEYS
1221 Augusta St., Suite 240
Houston, Texas 77057
Telephone: 713-224-7800
Facsimile: 713-224-7801
Email:  brian@vbattorneys.com
Email:  brendan@vbattorneys.com

***Attorneys For Plaintiff***

/s/ *Michael A. Golemi*
Michael A. Golemi

Certified Document Number: 123047709 - Page 6 of 7

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Esmeralda Moreno on behalf of Michael Golemi
Bar No. 24047536
emoreno@liskow.com
Envelope ID: 106590018
Filing Code Description: Answer/ Response / Waiver
Filing Description: 2025-10-08 - Def Chevron Original Ans and Defenses to Plf's First Amended Petition
Status as of 10/8/2025 11:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Roberta (Optional)Taherivand | | roberta@vbattorneys.com | 10/8/2025 11:12:43 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 10/8/2025 11:12:43 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 10/8/2025 11:12:43 AM | SENT |
| Michael A.Golemi | | magolemi@liskow.com | 10/8/2025 11:12:43 AM | SENT |
| Jonas SPatzwall | | jspatzwall@liskow.com | 10/8/2025 11:12:43 AM | SENT |
| Esmeralda Moreno | | emoreno@liskow.com | 10/8/2025 11:12:43 AM | SENT |

Certified Document Number: 123047709 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 9, 2025

Certified Document Number:        123047709 Total Pages:  7

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

**Harris County Docket Sheet**

# 2025-59760

**COURT:** 011th

**FILED DATE:** 8/19/2025

**CASE TYPE:** Debt/Contract - Consumer/DTPA



---

**ALLEN, JEFFREY**

Attorney: BECKCOM, BRIAN AUGUSTUS

**vs.**

**CHEVRON U S A INC**

---

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JEFFREY ALLEN** | § | |
| | § | |
| **PLAINTIFF,** | § | **CIVIL ACTION NO. 4:25-cv-4831** |
| | § | |
| **v.** | § | |
| | § | |
| **CHEVRON U.S.A. INC., and** | § | |
| **DC INTERNATIONAL, LLC** | § | |
| | § | |
| **DEFENDANT.** | § | |

**LIST OF COUNSEL OF RECORD**

Pursuant to Local Rule 81, the following is a list of counsel of record, including addresses,

telephone numbers, and parties represented in this action:

**I.     Attorney for Plaintiff:**

Brian Beckcom
Brendan Fradkin
VB ATTORNEYS
1221 Augusta St., Suite 240
Houston, Texas 77057
Telephone: 713-224-7800
Facsimile: 713-224-7801
Email:  brian@vbattorneys.com
Email:  brendan@vbattorneys.com

**II.     Attorneys for Defendants**

Michael A. Golemi
Attorney in Charge
State Bar No. 24047536
Fed. ID No. 559843
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
Email: magolemi@liskow.com

-2-

**OF COUNSEL:**
LISKOW & LEWIS APLC
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2824
Facsimile:  (713) 651-2908
Email:  jspatzwall@liskow.com

**ATTORNEYS FOR DEFENDANT CHEVRON U.S.A. INC.**


**BASED ON THE STATE COURT'S ELECTRONIC DOCKET, DEFENDANT DC INTERNATIONAL, INC. HAS NOT BEEN SERVED OR ENTERED AN APPEARANCE AT THE TIME OF THIS FILING.**