United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JEFFREY ALLEN, | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-4831 |
| CHEVRON U.S.A., INC, *et al.*, | § § § | |
| Defendant. | § § | |

**ORDER**

Jeffrey Allen sued Chevron U.S.A., Inc. and DC International, Inc. for injuries sustained in the course of his employment on a "Chevron offshore rig," (Docket Entry No. 1-2 at 14), under the Jones Act, general maritime law, and the Texas common law, (*id.* at 14). Chevron removed under the Outer Continental Shelf Lands Act. This court severed and remanded Allen's Jones Act claims against DC International and Chevron. (Docket Entry No. 14). Allen and Chevron agreed to arbitrate Allen's claims in this case, (*see* Docket Entry No. 23-1), and Chevron has moved to compel arbitration under both Allen's pre-injury and the post-litigation arbitration agreements, (Docket Entry Nos. 18, 19, 23).

Arbitration is compelled. Other pending motions are denied, without prejudice, as moot. This case is stayed and administratively closed pending arbitration. Either party may move to reinstate the case to the active docket within 14 days after the arbitration proceeding is concluded.

SIGNED on May 28, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge